# Cover Sheet
## 362(d) Relief From Stay
### (To summarize information set forth in the motion)

Debtor_____          Chapter_____
                                                 Case No._____
Date debtor(s) petition filed:_____

Trustee _____

## Equity Analysis

1. (a) Collateral _____

   (b) Owned by _____

2. Market value of property and basis _____
    ☐ Schedules    ☐ Appraisal    ☐ Tax Assessment    ☐ NADA (for auto)
    ☐ Other

3. Amount of mortgages and liens _____

4. Estimated cost of sale _____

5. Total equity _____

6. Is this the debtor's residence    ☐ yes    ☐ no

## Payment Information

a) Number of missed payments _____

b) Total arrearages _____


**Please Note the Following:**

**1. This cover sheet must accompany every 362(d) motion served and filed with this court for the purpose of assisting the court in its review of your papers. Failure to do so will result in your papers being returned to you unprocessed.**

**2. Copies of mortgage or lien documents and proof of lien perfection must be attached to every 362(d) motion involving secured property. Failure to do so will result in the motion being denied.**

**3. Every motion must be accompanied by the following: a) A proposed order which is an exhibit to the motion to be served on all parties. b) An original order to be submitted to the court for determination and subsequent entry.**